IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LAWRENCE HARRIS,
Beneficiary/Heir of the Estate of
JOSEPH HARRIS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

        Appellant,

CASE NO. 1D14-752

v.

HELEN MILLER and LINDA
HARRIS,

        Appellees.

_____/

Opinion filed January 16, 2015.

An appeal from the Circuit Court for Columbia County.
Wesley R. Douglas, Judge.

Wendell T. Locke, Plantation, for Appellant.

No appearance for Appellees.


PER CURIAM.

        AFFIRMED.

WOLF, THOMAS, and WETHERELL, JJ., CONCUR.